GEORGE IRVING STAPLEY, aka ROBERT D. STREET, APPELLANT, *v*. THE STATE OF NEVADA, RESPONDENT.

No. 11371

July 8, 1981                                             630 P.2d 266

*Morgan D. Harris,* Public Defender, Clark County, for Appellant.

*Richard H. Bryan,* Attorney General, Carson City, and *Robert J. Miller,* District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

On June 2, 1981, this court ordered the parties to file authorities directed to the applicability of Hollis v. State, 96 Nev. 207, 606 P.2d 534 (1980), in this appeal from a burglary conviction. In response to our order, the state has conceded that *Hollis* is dispositive of the issue relating to jury instructions. Accordingly, on the authority of *Hollis,* we reverse the conviction and remand for a new trial.

Reversed and remanded.